**Order filed July 26, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00486-CR
_____

**DOMINIQUE DEWIT SHACKELFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Cause No. 1791547**

## ORDER

Appellant is represented by retained counsel, George O. Jacobs. No reporter's record has been filed in this case. Sondra Humphrey, the official court reporter for the Court, informed this court that appellant had not made arrangements for payment for the reporter's record. On June 4, 2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, George O. Jacobs, to file a brief in this appeal on or before August 27, 2012. If George O. Jacobs does not timely file the brief as ordered, the appeal will be abated for a hearing in the trial court to determine the reason for the failure to file the brief. *See* Tex. R. App. P. 38.8(b)(2).


PER CURIAM